Synchrony Bank
PO Box 71715
Philadelphia PA 19176-1715

Parkside Credit union
1300 Baker Avenue
whitefish, MT 59937

American Express
PO Box 60189
City of Industry, CA 91716-0189

NASA FCU
Po Box 1660
Bowie, MD 20717-1660

Capital one
PO Box 60519
City of Industry, CA 91716-0519

Citi Cards
PO Box 6056
Carol Stream, IL 60197-6056

Card Member Service
P.O. Box 6294
Carol Stream, IL 60197-6294

Discover
PO Box 30943
Salt Lake City, UT 84130

Home Depot Credit Services
PO Box 78011
Phoenix, AZ 85062-8011

Dish
PO Box 94063
Palatine, IL 60094-4063

Servbank
PO Box 650094
Dallas, TX 75265-0094

First Interstate Bank
PO Box 4667
Missoula, MT 59806

Midland Credit Management Inc
PO Box 2004
Warren, MI 48090-2004

Rodenburg Law firm
PO Box 2427
Fargo, ND 58108

Neuromonitoring Services of America Inc
24 S Weber St
Colorado Springs, CO 80903-1928

Bankruptcy Department
PO BOX 35911
Cleveland, OH 44135-0911

Medical Revenue Services
PO BOX 1940
Melbourne, FL 32902-1940

Missoula Anesthesiology
2827 Fort Missoula Rd
Missoula MT 59804