**Fill in this information to identify your case:**

Debtor 1: Bryan Keith Hoskin
First Name / Middle Name / Last Name

Debtor 2: Carrie Elisabeth Hoskin
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Montana

Case number: 9:26-bk-90027-BPH
(If known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C–1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

10/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

---

## Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ Not married. Fill out Column A, lines 2-11.

   ☑ Married. Fill out both Columns A and B, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 84.14 | $ 3,072.41 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 00 | $ 00 | Copy here ➡ | $ 00 | $ 00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | | | |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ 0.00 | | | |
| Net monthly income from rental or other real property | $ 00 | $ 00 | Copy here ➡ | $ 00 | $ 00 |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................................... ↓

For you ............................................................................. $ 0.00

For your spouse ................................................................ $ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

         $ 0.00     $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

none        $ 0.00     $ 0.00

none        $ 0.00     $ 0.00

Total amounts from separate pages, if any.    + $ 0.00    + $ 0.00

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

     $ 84.14   +   $ 3,072.41   =   $ 3156.67

**Total average monthly income**

## Part 2: Determine How to Measure Your Deductions from Income

12. **Copy your total average monthly income from line 11.** ...................................................................................... $ 3156.67

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☑ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____ $ _____

_____ $ _____

_____ + $ _____

Total .......................................................................................... $ 00    Copy here →    − _____ 00

14. **Your current monthly income.** Subtract the total in line 13 from line 12.      $ 3156.67

15. **Calculate your current monthly income for the year.** Follow these steps:

    15a. Copy line 14 here ➜ ....................................................................................................................................... $ __3156.67__

        Multiply line 15a by 12 (the number of months in a year).                         **x  12**

    15b. The result is your current monthly income for the year for this part of the form. ....................................... $ __37878.70__

16. **Calculate the median family income that applies to you.** Follow these steps:

    16a. Fill in the state in which you live.       __MT__

    16b. Fill in the number of people in your household.    __2__

    16c. Fill in the median family income for your state and size of household. ................................................. $ __75340.00__

        To find a list of applicable median income amounts, go online using the link specified in the separate
        instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

    17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under
        11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

    17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under
        11 U.S.C. § 1325(b)(3)*. **Go to Part 3** and fill out *Calculation of Your Disposable Income* (Official Form 122C–2).
        On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

18. **Copy your total average monthly income from line 11.** ................................................................................. $ __3156.67__

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that
calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy
the amount from line 13.

    19a. If the marital adjustment does not apply, fill in 0 on line 19a. ................................................................ — $ __0.00__

    19b. **Subtract line 19a from line 18.**                       $ __3156.67__

20. **Calculate your current monthly income for the year.** Follow these steps:

    20a. Copy line 19b.. ........................................................................................................................................ $ __3156.67__

        Multiply by 12 (the number of months in a year).                      **x  12**

    20b. The result is your current monthly income for the year for this part of the form.        $ __37,880.00__

    20c. Copy the median family income for your state and size of household from line 16c............................... $ __75340.00__

21. **How do the lines compare?**

    ☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3,
       *The commitment period is 3 years.* **Go to Part 4.**

    ☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form,
       check box 4, *The commitment period is 5 years.* **Go to Part 4.**

Debtor 1    Bryan  Keith  Hoskin                                          Case number *(if known)* 9:26-bk-90027-BPH
          First Name      Middle Name         Last Name

| Part 4: | Sign Below |
| --- | --- |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**x** _Bryan F. Hk_                          **x** _Carrie Elizabeth Hoskin_
Signature of Debtor 1                         Signature of Debtor 2

Date 03/03/2026                              Date 03/03/2026
     MM / DD  / YYYY                              MM /  DD   / YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Form **1040**

Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return** **2024**

OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2024, or other tax year beginning / , 2024, ending / /

See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| BRYAN K | HOSKIN | |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| CARRIE E | HOSKIN | |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
PO 782

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
FRENCHTOWN | MT | 59834

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change you tax or refund.
[ ] You [ ] Spouse

**Filing Status**
Check only one box.
[ ] Single
[X] Married filing jointly (even if only one have income)
[ ] Married filing separately (MFS)
[ ] Head of household (HOH)
[ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

[ ] If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required):

**Digital Assets**
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) [ ] Yes [X] No

**Standard Deduction**
Someone can claim: [ ] You as a dependent [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
You: [ ] Were born before January 2, 1960 [ ] Are blind
Spouse: [ ] Was born before January 2, 1960 [ ] Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here [ ]

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 26966 |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) 1i | | |
| z | Add lines 1a through 1h | 1z | 26966 |

| 2a | Tax-exempt interest | 2a | | b | Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | | b | Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b | Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b | Taxable amount | 5b | 3595 |
| 6a | Social security benefits | 6a | | b | Taxable amount | 6b | |

**Standard Deduction for-**
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse $29,200
- Head of household $21,900
- If you checked any box under Standard Deduction, see instructions.

| c | If you elect to use the lump-sum election method, check here (see instructions) [ ] | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | 7 | |
| 8 | Other income from Schedule 1, line 10 | 8 | |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 30561 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 30561 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 29200 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 29200 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 1361 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11320B Form **1040** (2024)

Form **1040-SR** Department of the Treasury--Internal Revenue Service
**U.S. Income Tax Return for Seniors** 2025 | OMB No. 1545-0074 | IRS Use Only-Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2025, or other tax year beginning _____, 2025, ending _____, 20 ___ | See separate instructions.

| | |
|---|---|
| ☐ Filed pursuant to section 301.9100-2 | ☐ Combat zone | ☐ Deceased | Spouse |
| ☐ Other | | | |

| | | |
|---|---|---|
| Your first name and middle initial CARRIE ELIZABETH | Last name HOSKIN | **Your social security number** ███ 7733 |
| If joint return, spouse's first name and middle initial BRYAN KEITH | Last name HOSKIN | **Spouse's social security number** ███ 6992 |

Home address (number and street). If you have a P.O. box, see instructions. 21778 SPIKE LANE | Apt. no. | Check here if your main home, and your spouse's if filing a joint return, was in the U.S for more than half of 2025. ☒

City, town, or post office. If you have a foreign address, also complete spaces below. FRENCHTOWN | State MT | ZIP code 59834

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status** Check only one box.
- ☐ Single
- ☒ Married filing jointly (even if only one had income)
- ☐ Married filing separately (MFS). Enter spouse's SSN above and full name here:
- ☐ Head of household (HOH)
- ☐ Qualifying surviving spouse (QSS) If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required):

**Digital Assets**
At any time during 2025, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) .......................... ☐ Yes ☒ No

**Dependents** (see inst.)

If more than four dependents, see instructions and check here ..... ☐

| | Dependent 1 | Dependent 2 | Dependent 3 | Dependent 4 |
|---|---|---|---|---|
| (1) First name | | | | |
| (2) Last name | | | | |
| (3) SSN | | | | |
| (4) Relationship | | | | |
| (5) Check if lived with you more than half of 2025 | (a) ☐ yes (b) ☐ And in the U.S. | (a) ☐ yes (b) ☐ And in the U.S. | (a) ☐ yes (b) ☐ And in the U.S. | (a) ☐ yes (b) ☐ And in the U.S. |
| (6) Check if | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled | ☐ Full-time student ☐ Permanently and totally disabled |
| (7) Credits | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents | ☐ Child tax credit ☐ Credit for other dependents |

☐ Check if your filing status is MFS or HOH and you lived apart from your spouse for the last 6 months of 2025, or you are legally separated according to your state law under a written separation agreement or a decree of separate maintenance and you did not live in the same household as your spouse at the end of 2025.

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) ............................. | 1a | 34,123 |
| b | Household employee wages not reported on Form(s) W-2 ...................... | 1b | |
| c | Tip income not reported on line 1a (see instructions) ........................ | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) ................ | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 ...................... | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 31 ...................... | 1f | |
| g | Wages from Form 8919, line 6 ........................................ | 1g | |
| h | Other earned income (see instructions). Enter type and amount: ...................... | 1h | |
| i | Nontaxable combat pay election (see instructions) .............. 1i | | |
| z | Add lines 1a through 1h ............................................. | 1z | 34,123 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**

Form **1040-SR** (2025) Created 9/5/25

XQB 25 1040SR1 BWO 1040 Form Software Copyright 1996 – 2026 HRB Tax Group, Inc.

Nature's Best, Inc.
1175 CLARK FORK DR
MT 59808


Bryan K Hoskin
21778 Spire Lane
Huson, MT 59846

---

**Employee Pay Stub**   Check number: 24194   Pay Period: 01/01/2026 - 01/15/2026   Pay Date: 01/20/2026

**Employee**

Bryan K Hoskin, 21778 Spire Lane, Huson, MT 59846

**SSN**

***-**-6992

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| SNOWPlow | 8:10 | 28.00 | 228.75 | 408.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | 0.00 | 0.00 |
| Social Security Employee | -14.19 | -25.33 |
| Medicare Employee | -3.31 | -5.92 |
| MT - Withholding | 0.00 | 0.00 |
| | -17.50 | -31.25 |

| Net Pay | | |
|---|---|---|
| | 211.25 | 377.25 |

Nature's Best, Inc., 1175 CLARK FORK DR, MT 59808

Powered by **Intuit Payroll**

*Prepared/Used in Calculating Form 106 I & 107* (handwritten)



**REPUBLIC** SERVICES

CO Employee ID 000000-000000
HSC 100035295
CO_50020009310 Default Local - Landfill
**ALLIED WASTE SYSTEMS OF MONTANA, LL**
5353 E City North Drive
Phoenix, AZ 85054

# Earnings Statement

|  |  |
|---|---|
| | Page 001 of 001 |
| Period Beg/End: | 03/01/2026 - 03/07/2026 |
| Advice Date: | 03/13/2026 |
| Advice Number: | 0016745902 |
| Batch Number: | SCOKS12RRVAT |

Hoskin, Carrie
PO Box 782
Frenchtown, MT 59834

For inquiries on this statement please call: 480-477-5079

Total Hours Worked: 30.13
Basis of Pay: Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| PTO Flex | 19.0600 | 10.00 | 196.40 | 196.40 |
| Reg Hours | 19.0600 | 30.13 | 574.55 | 8026.22 |
| Paid Injured | | | 0.00 | 187.40 |
| O2 Overtime | | | 0.00 | 515.19 |
| Holiday Hour | | | 0.00 | 557.73 |
| **Gross Pay** | | | **764.95** | **9479.34** |

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| State Tax - MT | | 1.00 | 84.73 |
| OASDI | | 42.17 | 692.20 |
| Medicare | | 9.86 | 124.01 |
| Federal Withholding | | 36.03 | 337.15 |
| **Total Taxes** | | **84.06** | **1254.42** |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *Tobacco Surcharge | 4.34 | 101.53 |
| *401K SE | 30.60 | 371.71 |
| *Pre-Tax Dental | 19.33 | 113.63 |
| *Pre-Tax Vision | 3.64 | 23.04 |
| *Pre-Tax Medical | 73.00 | 803.33 |
| Supplemental Spouse Life | 1.16 | 12.43 |
| SafeGuarditer | 0.00 | 125.00 |
| **Total Deductions** | **127.07** | **1557.91** |

| **Net Pay** | **548.92** | **6667.01** |

The PTO amts above do not reflect any buy back/payout amts

Your federal taxable wages for this period are: 641.98

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Imputed Income** | | |
| Republic Dental | 1.90 | 19.34 |
| **PTO** | Accrued | Taken | Balance |
| P2_R2I_USA_PTO - Regular Time Off Plan | 6.67 | 0.00 | 46.07 |
| P2_R2I_USA PTO-Flex Time Off Plan | 3.99- | 0.00 | 3.99 |
| **Direct Deposits** | | |
| Checking | XXXXXX8363 | 523.82 |
| Savings | XXXX2180 | 25.00 |

*Excluded from taxable wages

---

**REPUBLIC** SERVICES **ALLIED WASTE SYSTEMS OF MONTANA, LL**
5353 E City North Drive
Phoenix, AZ 85054

| Advice Number: | 0016745902 |
|---|---|
| Advice Date: | 03/13/2026 |

**THIS IS NOT A CHECK**

**Deposited to the account of**
Hoskin, Carrie

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXX8363 | 092902394 | $523.82 |
| Savings | XXXX2180 | 092902394 | $25.00 |