Form odsmdef Revised 12/31/22

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

**In Re:** Carrie Elizabeth Hoskin
SSN: xxx–xx–7733

Bryan Keith Hoskin
SSN: xxx–xx–6992

**Debtors.**

**Case No:**
9:26–bk–90027–BPH

## ORDER DISMISSING CASE

Debtor(s) received notice of a deficiency associated with this case. The notice may have referred to a missed payment, document, or other deficiency. The notice explained that if the deficiency was not cured, the case would be dismissed. To date the deficiency has not been cured and the time permitted to cure the deficiency has lapsed. As a result, this case is dismissed. Per the prior notice, Debtor(s) may be barred from filing a new petition for 180 days from the date of this order.

**Dated: 4/6/26**

By the Court:

_____

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana